**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

STEVEN SCHWEITZER and WILLIAM SCOTT MERO,

　　　**Plaintiffs,**

　　　**v.**

JAMES E. NEVELS and THE SWARTHMORE GROUP, INC.,

　　　**Defendants.**

CIVIL ACTION NO.  23-1556

**ORDER**

**AND NOW**, this 5th day of March 2026, upon consideration of Defendant James E. Nevels's Motion to Dismiss or, in the Alternative, to Stay [Doc. No. 71]; Plaintiffs' Motion to File Second Amended Complaint [Doc. No. 75]; the briefs filed as to both motions; and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

　　　1.　　Defendant Nevels's Motion to Stay [Doc. No. 71] is **GRANTED**.

　　　2.　　This matter is hereby **TEMPORARILY STAYED** pending the resolution of Defendant The Swarthmore Group's ("TSG") ongoing bankruptcy proceedings, or until such time that the Court finds it just to terminate the stay.

　　　3.　　Defendant Nevels's Motion to Dismiss [Doc. No. 71] and Plaintiffs' Motion to File Second Amended Complaint [Doc. No. 75] are **DISMISSED** without prejudice.

　　　4.　　The parties are further **ORDERED** to submit recurring joint status reports to inform the Court of the status of the pending bankruptcy case. The reports shall be submitted every **90 days**, with the first report due on **June 3, 2026**.

　　　It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**